[No. 34697-4-II.   Division Two.   September 18, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL I. NUNN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-04403-2, Thomas P. Larkin, J., entered March 10, 2006. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Armstrong, J., concurred in by Van Deren, A.C.J., and Penoyar, J.

[No. 34842-0-II.   Division Two.   September 18, 2007.]

TRINITY LAND DEVELOPMENT, LLC, *Respondent*, v. SUNRISE DEVELOPMENT CORPORATION OF WASHINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-2-11427-1, Bryan E. Chushcoff, J., entered May 5, 2006. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Bridgewater and Hunt, JJ.

[No. 34971-0-II.   Division Two.   September 18, 2007.]

SEBASTIAN BROWN, *Respondent*, v. TONI EILEEN HAGER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-2-08312-9, Kathryn J. Nelson, J., entered May 19, 2006. *Reversed* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 35098-0-II.   Division Two.   September 18, 2007.]

TIMOTHY R. KRIENKE ET AL., *Appellants*, v. CHASE HOME FINANCE, LLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-2-10102-0, Katherine M. Stolz, J., entered June 9, 2006. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt and Quinn-Brintnall, JJ.